IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

IN RE LETTER OF REQUEST )
FROM THE CZECH REPUBLIC )
IN THE MATTER OF        )        Misc. No. 06-
NESTERA, ET AL          )

**APPLICATION FOR ORDER (28 U.S.C. 1782)**

The United States of America, by the undersigned, Richard Andrews, Assistant United States Attorney for the District of Delaware, petitions this Court for an Order pursuant to Title 28, United States Code, Section 1782, in the form submitted, to facilitate the taking of testimony of witnesses residing within the jurisdiction of this Court, and other actions as requested by a letter of request issued by the Czech authorities.

                          COLM F. CONNOLLY
                          United States Attorney

By: _____
      Richard G. Andrews
      Assistant U.S. Attorney
      Delaware Bar I.D. No.2199
      1007 N. Orange Street
      Wilmington, DE  19801
      (302) 573-6277

Dated: 3/30/06